371 A.2d 1307

Ilgenfritz et vir,. Appellants, v. Allen et al.

Argued November 15, 1976. Kenneth W. Behrend, with him Mark B. Aronson, for appellants; John W. Jordan, IV, with him Herbert Grigsby, for appellees.

Order affirmed.

WATKINS, P. J., absent.

371 A.2d 1307

Jack's Rembrandt Studio and Camera Shop, Inc. v. Letourneau, Appellant.

Argued November 10, 1976. Keith E. Bell, for appellant; W. Allen Dill, with him Fruit, Dill, Goodwin & Scholl, for appellee.

Order affirmed.